UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EVAN MORICH,

    Petitioner,

v.

CONNIE HORTON,

    Respondent.
_____/

Case No. 2:19-cv-136

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: August 9, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge