UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

EVAN MORICH,

        Petitioner,

v.

CONNIE HORTON,

        Respondent.

_____/

Case No. 2:19-cv-136

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated: August 9, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge